DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

| | |
|---|---|
| In re:<br><br>BERNARD, NANCY ELLEN<br><br><br><br><br><br><br><br><br>_____ Debtor(s) _____ | Chapter 13<br>Case No. 11-57575 SLJ<br><br>First Amended<br>TRUSTEE'S OBJECTION TO<br>CONFIRMATION WITH CERTIFICATE OF<br>SERVICE<br><br>Initial Confirmation Date and Time: October 20,<br>2011 @ 9:30 a.m.<br>Place: 280 S. 1st Street<br>      San Jose, CA Room 3099<br>Judge:  Stephen L. Johnson |

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this 100% Plan

for the following reasons:

1.  The Plan is in violation of 11 U.S.C. §1322(d) as the term exceeds 60 months.  As

proposed, the term is approximately 76 months.  The Plan may not exceed 60 months

from the date the first payment was due.

//

Trustee's Obj to Confirmation 11-5-7575 SLJ

1

2. The Trustee questions the feasibility of the Plan pursuant to 11 U.S.C. §1325(a)(6). Pursuant to Schedule J, there is a deficit in the debtor's monthly budget of $231, prior to making her plan payments. It does not appear that the debtor has the ability to meet her living expenses, as well as fund the Chapter 13 Plan.

3. 11 U.S.C. §1325(a)(4) of the Bankruptcy Code requires that the value of the property to be distributed under the plan be equal to or greater than what would be paid if the estate were liquidated under Chapter 7. According to the debtor's schedules, a Chapter 7 Trustee could liquidate the debtor's property and pay creditors 100% of their claims, plus interest. The debtor does propose to pay 100%, but does not propose to pay any interest on unsecured claims. The Federal Judgment Interest Rate on the date the petition was filed was .16%. The Trustee requests that the Plan be amended accordingly.

4. Pursuant to the "Guidelines Regarding Residential Loan Modifications in Chapter 13 Plans for the San Jose and San Francisco Divisions," the debtor is required to file and serve a declaration on the Chapter 13 Trustee providing certain information about loan modifications for the first mortgage loans secured by a debtor's residence. The deadline for filing the declaration is the §341 meeting. No declaration has been filed by this deadline and it appears from the plan that the debtor is proposing to modify a first mortgage loan on a residence. The Trustee requests that the debtor provide her with the declaration required by the guidelines.

Dated: October 13, 2011

/S/ Devin Derham-Burk

_____

Chapter 13 Trustee

Trustee's Obj to Confirmation 11-5-7575 SLJ

2

Case: 11-57575    Doc# 20    Filed: 10/13/11    Entered: 10/13/11 16:43:17    Page 2 of 3

**CERTIFICATE OF SERVICE BY MAIL**

    I declare that I am over the age of 18 years, not a party to the within case; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within First Amended Trustee's Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on October 13, 2011.

    Said envelopes were addressed as follows:

| | |
|---|---|
| Nancy Ellen Bernard<br>2047 Montecito Ave #21<br>Mountain View, CA 94043 | Anita L Steburg<br>Steburg Law Firm<br>1798 Technology Dr #258<br>San Jose, CA 95110 |

/S/ Karen B. Huston
Office of Devin Derham-Burk, Trustee

Trustee's Obj to Confirmation 11-5-7575 SLJ

3